UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LANCE COLLIK,** | Case No. 3:20-CV-307 |
| Plaintiff, | Judge Rose |
| v. | |
| **KYLE E. POHLABEL,** *et al.*, | **AGREE ENTRY EXTENDING DISPOSITIVE MOTION DEADLINE** |
| Defendants. | |

Pursuant to agreement of the parties and consistent with discussions with the Court during a status conference report on October 7, 2021, the **Dispositive Motion Deadline** is hereby extended from October 22, 2021, to **November 12, 2021**.

SO ORDERED.

*s/Thomas M. Rose*

———————————————
Thomas M. Rose
Judge, United States District Court

Respectfully submitted,

 /s/ Curt C. Hartman
Curt C. Hartman (0064242)
The Law Firm of Curt C. Hartman
7394 Ridgepoint Drive, Suite 8
Cincinnati, OH   45230
(513) 379-2923
*hartmanlawfirm@fuse.net*

*Attorneys for Plaintiff Lance Collik*

 /s/ Brian R. Honen
Brian R. Honen
Principal Assistant Attorney General –
Executive Agencies Section
1970 West Broad Street, Suite 531
Columbus, Ohio 43228
614-466-1845
*Brian.Honen@ohioago.gov*
*Attorney for Defendants*
*Kyle Pohlable and Jason Barnhorst*